RECEIVED
IN LAKE CHARLES, LA

APR 24 2007
~
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DERECK S. REMEDIES** | : | **DOCKET NO. 2:06 CV 1239** |
| **VS.** | : | **JUDGE MINALDI** |
| **PERFORMANCE CONTRACTORS, INC., ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

**JUDGMENT**

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Motion for Summary Judgment filed by Performance Contractors, Inc. [doc. 10] is hereby GRANTED.

The plaintiff is HEREBY GIVEN NOTICE that the court will consider *sua sponte* whether summary judgment should also be entered in favor of Preferred Benefit Administrators, Inc. on exhaustion grounds. This motion will be considered not sooner than 15 days from the signing of this judgment. Each party may file a single response brief due within 15 days of the signing of this judgment. Briefs shall be limited to the above issue and shall not exceed 10 pages in length.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___19___ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT