U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DERECK S. REMEDIES** | : | **DOCKET NO. 2:06 CV 1239** |
| VS. | : | JUDGE MINALDI |
| **PERFORMANCE CONTRACTORS, INC., ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that a summary judgment IS GRANTED in favor of Preferred Benefit Administrators, Inc., dismissing the plaintiff's claims for failure to exhaust administrative remedies.

Lake Charles, Louisiana, this 22 day of August, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE